AO 91 (Rev. 08/09) Criminal Complaint

**FILED**
**February 08, 2022**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Joseph Hinojos__
DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>(1) Torres-Avila, Valente<br>(2) Gutierrez-Delgado, Pedro<br>(3) Pillado-Torres, Miguel<br>(4) Portillo-Renteria, Hirvir Yohan<br>Defendant(s) | Case No. **PE: 22-MJ-00098** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 5, 2022__ in the county of __Culberson__ in the __WESTERN DISTRICT OF TEXAS__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2 (a)<br>21 U.S.C. Section 841 (a)(1) | Aided & abetted by others, knowingly or intentionally did possess w/intent to distribute approx. 183 kilograms / 403 pounds of a controlled substance (Marijuana) from Mexico into the United States. |

See Attachment:

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Mark Ruckman, Special Agent
Printed name and title

_____
Judge's signature

Honorable Judge David B. Fannin
Printed name and title

Date: 02/08/2022

City and state: Pecos, Texas

# ATTACHMENT

**Defendants:**

(1) TORRES-Avila, Valente
(2) GUTIERREZ-Delgado, Pedro
(3) PILLADO-Torres, Miguel Angel
(4) PORTILLO-Renteria, Hirvir Yohan

## FACTS:

On February 5, 2022, Van Horn United States Border Patrol (USBP) Agents were conducting assigned line watch duties south of Van Horn, in Culberson, County, Texas, which is located within the Western District of Texas. USBP surveillance observed seven subjects walking toward a microwave tower located near US Highway 90. The group continued to walk and then stopped and appeared to lie down to go to sleep, placing their large backpacks beside them.

Additional USBP Agents arrived in the area where the subjects were seen resting and encountered the seven subjects still lying next to the large backpacks fashioned from burlap sacks. USBP Agents knew from their prior law enforcement experience that these backpacks likely contained illegal drugs. USBP Agents identified themselves and told the subjects not to move. One of the subjects began running but was quickly apprehended. The subjects were identified as Valente TORRES-Avila, Pedro GUTIERREZ-Delgado, Miguel Angel PILLADO-Torres, and Hirvir Yohan PORTILLO-Renteria. The remaining three subjects were juvenile males.

All seven subjects were transported to the Van Horn USBP Station as well as the seven suspected marijuana backpacks the subjects were carrying. The contents of the backpacks were later field tested by USBP Agents and field tested positive for the characteristics of marijuana. None of the seven subjects were citizens of the United States and were found to be illegally in the United States as they were citizens of Mexico without proper documentation allowing them to be in the United States. The weight of the marijuana was approximately 183 kilograms / 403 pounds.

On February 5, 2022, Special Agent (SA) Mark Ruckman and Task Force Officer (TFO) Javier Bustamante of the Drug Enforcement Administration (DEA) Alpine Resident Office responded to the USBP Station in Van Horn, Texas, to assist with the investigation. TORRES-Avila, GUTIERREZ-Delgado, PILLADO-Torres, and PORTILLO-Renteria were advised individually of their rights in the Spanish language as recorded via Form DEA-13b, using TFO Bustamante who speaks Spanish as a translator. TORRES-Avila, GUTIERREZ-Delgado, and PILLADO-Torres waived their rights and agreed to speak with agents without an attorney present.

During the interviews, TORRES-Avila, GUTIERREZ-Delgado, and PILLADO-Torres admitted they brought the marijuana from Mexico into the United States and were supposed to be paid but did not know how much they were supposed to make. They also told Agents all seven subjects who were apprehended were carrying marijuana. PORTILLO-Renteria did not wish to speak with Agents. PORTILLO-Renteria was not asked any questions besides biographical booking information.

TORRES-Avila, GUTIERREZ-Delgado, PILLADO-Torres, and PORTILLO-Renteria were later transported to the West Texas Detention Facility in Sierra Blanca, Texas for processing.

Subscribed and sworn to before me on February 8, 2022:

Respectfully submitted,

Mark Ruckman
Special Agent
Drug Enforcement Administration

David Fannin
UNITED STATES MAGISTRATE JUDGE